UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )     No. 3:23-CR-52
)     JUDGE CRYTZER
DEREK LOGAN BLALOCK, )
)
    Defendant. )

## SENTENCING MEMORANDUM

Comes the defendant, Derek Logan Blalock, and files this Sentencing Memorandum

reflecting his position with respect to a sentence that is sufficient but not greater than necessary

to achieve the sentencing purposes set forth in 18 U.S.C. § 3553(a). As the Court is aware from

the Revised Presentence Report, Mr. Blalock's advisory guideline range is 57 to 71 months.

(Doc. 41, p. 13 ¶56). Mr. Blalock respectfully requests a sentence at the bottom of the guideline

range as the Court deems appropriate based on Mr. Blalock's previously filed objections. (Doc.

54).

        Respectfully submitted this 11th day of April, 2024.

        FEDERAL DEFENDER SERVICES
        OF EASTERN TENNESSEE, INC.

BY:   s/ Benjamin G. Sharp
       Benjamin G. Sharp, VSB#47398
       Assistant Federal Defender
       800 S. Gay Street, Suite 2400
       Knoxville, TN  37929
       (865) 637-7979