**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:23-CR-52 |
| v. | ) | |
| | ) | JUDGE CRYTZER |
| DEREK LOGAN BLALOCK | ) | |

## UNITED STATES' SUPPLEMENTAL SENTENCING MEMORANDUM

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee submits a Supplemental Sentencing Memorandum and states as follows:

The Government filed a Motion for Upward Departure and/or Upward Variance on April 11, 2024 (Doc. 60). For the reasons stated in Document 60, the Government respectfully requests an upward departure and/or upward variance of ten levels and for the court to sentence the defendant within the guideline range of 87-108 months' imprisonment.

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: s/ *Miriam Johnson*
   Miriam Johnson
   Assistant United States Attorney
   800 Market Street, Suite 211
   Knoxville, TN 37902
   (865) 545-4167
   miriam.johnson@usdoj.gov
   TN Bar # 034292